# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOHN L. HANSEN**                                                                               **PLAINTIFF**

**v.**                                       **CASE NO. 4:10cv00186 BSM**

**SHERI MARBRY, et al.**                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE